

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/23/2021

| | | |
|---|---|---|
| IN RE: | § | |
| MANUEL FRANCISCO CHAVEZ | § | CASE NO: 20-35707 |
|     Debtor | § | |
| | § | CHAPTER 13 |

### ORDER DENYING MOTION TO LIFT THE AUTOMATIC STAY
(RE: DOCKET NO. 18)

    U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust's motion to lift the automatic stay at Docket No. 18 is denied for the reasons stated on the record at the March 23, 2021 hearing.

Signed: March 23, 2021

                                                                    Christopher Lopez
                                                                United States Bankruptcy Judge